Irfan A. Lateef (SBN 204,004)
irfan.lateef@knobbe.com
Daniel C. Kiang (SBN 307,961)
daniel.kiang@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Defendant
JK IMAGING LTD.

Jayson S. Sohi (CSB 293176)
jayson@cotmanip.com
COTMAN IP LAW GROUP, APLC
35 Hugus Alley, Suite 210
Pasadena, CA 91103
(626) 405-1413/FAX: (626) 316-7577

Daniel A. Kent *(pro hac vice)*
dankent@kentrisley.com
KENT & RISLEY LLC
5755 N. Point Pkwy., Suite 57
Alpharetta, GA 30022
(404) 585-4214/FAX: (404) 829-2412

Attorneys for Plaintiff DigiMedia Tech, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DIGIMEDIA TECH, LLC,<br><br>Plaintiff,<br><br>v.<br><br>JK IMAGING LTD.,<br><br>Defendant. | Civil Action No.<br>2:20-cv-05595-PSG-GJS<br><br>**JOINT NOTICE OF SETTLEMENT AND [PROPOSED] ORDER**<br><br>Scheduling Conf. Date:  Jan. 11, 2020<br><br>Hon. Philip S. Gutierrez |

PLEASE TAKE NOTICE that Plaintiff DigiMedia Tech, LLC and Defendant JK Imaging Ltd. (collectively "the Parties"), through their respective counsel of record, have reached a settlement in the above-referenced action, and plan on dismissing all claims of Plaintiff against Defendant with prejudice within approximately 48-days of the filing date of this Joint Notice. Such dismissal shall be contingent upon Defendant's performance of the obligations agreed to in a settlement agreement.

The Parties ask that the Court suspend all pending dates for this action, and designate the case inactive, until the earlier of: (1) Defendant meeting all obligations under the mutually-executed and agreed-upon settlement agreement, and Plaintiff filing a dismissal with the Court; or (2) until a period of 48-days from the filing of the Parties Joint Notice of Settlement elapses.

Respectfully submitted,

KENT & RISLEY LLC

Dated: December 11, 2020      By: /s/ *Daniel A. Kent*
                                   Daniel A. Kent

                              Attorneys for Plaintiff
                              DIGIMEDIA TECH, LLC


KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: December 11, 2020      By: /s/ *Daniel C. Kiang*
                                   Irfan A. Lateef
                                   Daniel C. Kiang

                              Attorneys for Defendant
                              JK IMAGING LTD.

**AUTHORIZATION FOR SIGNATURE**

The other signatory to this document concurs in this filing and has authorized the use of his signature.

/s/ *Daniel A. Kent*
Daniel A. Kent